# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. <u>CR-24-495-PRW</u> |
| ) | |
| **ADAM ROUSE,** ) | |
|   a/k/a Baby Lucky, ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF CONVENTIONAL FILING

Please take notice that plaintiff, the United States of America, has conventionally filed the original and one copy of the following document, paper or other material.

Thumb Drive labeled "Sentencing Memorandum Exhibit" which contains the following electronic exhibit related to the government's sealed sentencing memorandum:

*Sealed Exhibit 101 – Video 1*

These documents, paper, or other material has not been filed electronically because:

    ☒    it cannot be converted to electronic format

    ☒    the electronic file size of this material exceeds 5 megabytes (MB)

☒ it is filed under seal

☐ the Court by Order has excused electronic filing

☐ it is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures Manual

The document, paper, or other material has been conventionally served on all parties.

        Respectfully submitted,

        ROBERT J. TROESTER
        United States Attorney

        s/ *Stephen C. Hoch*
        STEPHEN C. HOCH (OBA 35133)
        Assistant United States Attorney
        210 Park Avenue, Suite 400
        Oklahoma City, Oklahoma 73102
        (405) 553-8700 (Office)
        (405) 553-8888 (Fax)
        stephen.hoch@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 5, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

    Traci Rhone, counsel for Adam Rouse.

                                                  s/ *Stephen C. Hoch*
                                                  Assistant United States Attorney